IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Petitioner,            No. CIV S-08-0032 LKK EFB P

    vs.

TOM BOSENKO,

      Respondents.        <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

Petitioner, who is confined in the Shasta County Jail awaiting trial, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2241. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). For the reasons explained below, the request must be denied.

This court may authorize the commencement of a civil action or a habeas corpus action without the prepayment of the filing fee for a person who cannot afford the costs of suit. 28 U.S.C. § 1915(a)(1). However, the party seeking to proceed *in forma pauperis* must submit an affidavit stating "the nature of the action" and his belief that he "is entitled to redress." *Id.* Here, the petitioner has not demonstrated that he is entitled to redress. A writ of habeas corpus is available to a prisoner who is "in custody in violation of the constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). The Supreme Court has made clear that "the essence of habeas corpus is an attack by a person in custody upon the legality of that custody and the

1   traditional function of the writ is to secure the release from illegal custody." *Preiser v.*

2   *Rodriguez*, 411 U.S. 475, 484 (1973).  Here, petitioner seeks unspecified relief on the ground

3   that the respondents/defendants have subjected him to unconstitutional conditions of

4   confinement.  These claims do not challenge the fact or duration of petitioner's confinement.

5   Thus, they are not cognizable in a habeas petition.  Rather, they properly are brought in a civil

6   rights action pursuant to 42 U.S.C. § 1983.  *See Nelson v. Campbell*, 541 U.S. 637, 643 (2004);

7   *Preiser*, 411 U.S. at 498-99.

8          Accordingly, it is hereby RECOMMENDED that petitioner's January 7, 2008,

9   application for leave to proceed *in forma pauperis* be denied.

10         These findings and recommendations are submitted to the United States District Judge

11  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

12  after being served with these findings and recommendations, any party may file written

13  objections with the court and serve a copy on all parties.  Such a document should be captioned

14  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

15  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

16  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

17  Dated:  November 3, 2008.

18

19                                        EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26